STATE OF NEW JERSEY v. THOMAS PARKS v. BOARD OF FIRE COMMISSIONERS.

July 11, 1986.

Petition for certification denied.

ROLLINS ENVIRONMENTAL SERVICES (NJ), INC. AND NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION v. TOWNSHIP OF LOGAN.

July 11, 1986.

Petition for certification denied.  (See 209 *N.J.Super.* 556)

LOGAN TOWNSHIP v. ROLLINS ENVIRONMENTAL SERVICES (NJ), INC.

July 11, 1986.

Petition for certification denied.